UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA, Plaintiff,**<br><br>v.<br><br>**[1] JUAN JOSE CASTANO-PALOMO Defendant.** | Criminal No. 24-131 (CVR) |

## MOTION TO RESTRICT DOCKET NO. 150

TO THE HONORABLE COURT:

COMES NOW the United States of America, by and through the undersigned attorneys, and very respectfully states and prays:

1. Today, October 30 2025, the United States filed a pleading that is self-explanatory related to the above captioned case. Docket No. 150.

2. In compliance with the requirements of this Court's Standing Order No. 9 dated January 30, 2013, the United States respectfully requests that the Pleading be accepted by the Court for filing with the following level of restriction:

    1. *Selected Parties only*: limiting viewing to selected participants within the case and Court personnel.

    2. The United States is filing the Pleading with the requested level of restriction because the level of restriction requested is necessary to protect the confidentiality of the matters.

    3. As more fully set forth in the Pleading, the protection of the information detailed in the Pleading outweighs the presumption of public access.

**WHEREFORE**, the United States respectfully prays the Court accept and file the Pleadings under the requested restriction level, and that an ORDER issue directing the Pleadings to remain under such restriction level until further order by the Court.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this October 30, 2025.

      W. Stephen Muldrow
      UNITED STATES ATTORNEY

      *s/ Maria Cristina Semanaz Ojeda*
      Maria Cristina Semanaz-Ojeda
      UDC 309513
      Assistant United States Attorney
      United States Attorney's Office
      Torre Chardon, Suite 1201
      350 Carlos Chardon Ave.
      San Juan, PR 00918

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this same date I electronically filed the foregoing with the Clerk of the Court using the M/ECF system which will send notification of such filling to all parties.

      */ Maria Cristina Semanaz Ojeda*
      Maria Cristina Semanaz-Ojeda
      UDC 309513
      Assistant United States Attorney
      United States Attorney's Office
      Torre Chardon, Suite 1201
      350 Carlos Chardon Ave.
      San Juan, PR 00918